1
2
3
4
5
6                           UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                     * * * * *

9    UNITED STATES OF AMERICA,            )
                                          )    3:07-cr-00095-LRH (VPC)
10                        Plaintiff,       )    3:09-cv-00651-LRH (VPC)
                                          )
11   vs.                                   )    ORDER
                                          )
12   PEDRO ALEGRIA CONZALEZ,              )
                                          )
13                        Defendant.       )
                                          )
14   _____ )

15          Defendant having filed Motion For Reduction of Sentence Pursuant to 28 U.S.C. § 2255

16   (#32[1]),  and pursuant to Rule 5 of Section 2255 Proceedings,

17          IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government

18   within 30 days of entry of this Order.  The matter will then be submitted to the Court for

19   decision.

20          IT IS SO ORDERED.

21          DATED this 10th day of November, 2009.

22
23
24                                              _____
                                                LARRY R. HICKS
25                                              UNITED STATES DISTRICT JUDGE

26
27
28
     _____
            [1]Refers to court's docket number.